**Order entered December 20, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01541-CR

**JERAMIE LEON HORTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2011-1-0370**

## ORDER

On December 12, 2013, we received a letter from court reporter Misty Skinner stating she has not filed the reporter's record because appellant's counsel informed her appellant intended to withdraw his appeal. Because no motion to dismiss the appeal had been filed by appellant, on December 13, 2013, we sent counsel a letter directing him to file either a motion to dismiss the appeal or written verification that he intends to pursue the appeal and has made payment arrangements for the reporter's record. On December 18, 2013, we received a letter from counsel stating that although he did inform Ms. Skinner that he wished her to cease working on the reporter's record, she did not do so before completing the record and billing appellant for it. Counsel states he sent Ms. Skinner payment for the reporter's record on December 9, 2013.

Accordingly, this Court **ORDERS** Misty Skinner, official court reporter of the County Court at Law No. 1, to file the complete reporter's record, including all exhibits, within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of the order, by electronic transmission, to Misty Skinner, official court reporter, County Court at Law No. 1, and to counsel for all parties.


/s/      LANA MYERS
         JUSTICE